

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:       Maylene Alexis Velasco v. The State of Texas

Appellate case number:     01-14-00362-CR

Trial court case number:   1923413

Trial court:               County Criminal Court at Law No 13 of Harris County

On June 30, 2014, Maylene Alexis Velasco filed a Motion for Extension of Time to File Appellant's Brief.  The motion is premature, as the reporter's record has not yet been filed and appellant's brief is not due.  The motion is, therefore, **DISMISSED** as moot.

Further, the reporter's record is currently past due, despite our Order of June 2, 2014 for the record to be filed by July 2, 2014.   No request for extension of time to file the record has been filed.  The court reporter, Deanne Bridwell, or her substitute, is **ORDERED** to file the record within 10 days of the date of this order, or we may order the reporter to appear and show cause why the record has not been filed.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                   ☑ Acting individually     ☐ Acting for the Court

Date:  July 3, 2014